RECEIVED & FILED
CLERK'S OFFICE
OCT 2 1 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**[1] JEAN PAUL RIVERA-VEGA,**<br>**[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS,**<br>**[3] MISAEL COSTALES-SOTO, and**<br>**[4] SHEILA MARIS VELAZQUEZ-ORTIZ**<br><br>Defendants. | **SUPERSEDING INDICTMENT**<br><br>**Case No. 26-371-SCC**<br><br>VIOLATIONS:<br><br>18 U.S.C. § 371<br>18 U.S.C. § 922 (a)(1)(A)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 933(a)(1)<br><br>(TWENTY-SIX COUNTS) |

THE GRAND JURY CHARGES:

**INTRODUCTORY ALLEGATIONS**

A permit issued by the Commonwealth of Puerto Rico to carry or possess firearms does not authorize selling firearms or engaging in business activities related to them.

Only licensed firearms importers, manufacturers, or dealers may engage in the business of dealing in firearms or in the course of such business may ship or transport firearms in interstate or foreign commerce.

At all times relevant to this Superseding Indictment, Congress required persons who buy and resell firearms for profit to be licensed federally as gun dealers.

A federal Firearms Licensee (FFL) is any person, partnership, or business entity holding a valid license issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) under the authority of Title 18, United States Code, to maintain a Firearms Transaction Record for each firearms transaction.

The form completed and maintained by all FFLs to document the purchase or transfer of firearms to an unlicensed individual is an ATF Form 4473, Firearms Transaction Record (Form 4473). This form is completed by both the purchaser/transferee and the FFL and contains full identifying information concerning the purchaser, firearm, date of the transfer, and FFL number. The primary purpose of the ATF Form 4473 is to determine the eligibility of the purchaser to legally acquire and possess firearms. The information on the Form 4473 makes it possible to trace a firearm back to its original retail purchaser.

When an individual purchases a firearm from an FFL and completes ATF Form 4473, that individual documents that he/she is to be the actual buyer of the firearm listed on the form. Specifically, ATF Form 4473 asks the purchaser: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. …" The Form 4473 then has the individual certify that he/she is the actual purchaser and warns that it is a crime to lie on the form and on the question of being the actual transferee/buyer.

Firearms traffickers often employ "straw purchasers" to buy firearms from FFLs. A straw purchaser is an individual who purchases a firearm(s) from a FFL and

completes an ATF Form 4473, indicating he/she is to be the actual buyer/owner of the firearm(s) when, in truth and in fact, he/she is not the actual buyer or true intended recipient of the firearm.

Firearms traffickers also "flip guns," which is buying firearms with the primary intent of reselling them for profit. Firearms traffickers may profit from "flipping guns" by exploiting a pricing premium created by legal barriers such as bypassing government background checks, waiting periods, and ownership bans to sell firearms to prohibited buyers.

## COUNT ONE

Conspiracy to Engage in Firearms Trafficking Without a License
(18 U.S.C. §§ 371 and 922(a)(1)(A))

The Introductory Allegations Section of this Superseding Indictment are realleged and incorporated by reference.

### Object of the Conspiracy

Beginning on a date unknown but not later than on or about September 18, 2025 and continuing up to on or about September 9, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] JEAN PAUL RIVERA-VEGA,**
**[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS,**
**[3] MISAEL COSTALES-SOTO, and**
**[4] SHEILA MARIS VELAZQUEZ-ORTIZ**

the defendants herein, and others known and unknown, knowingly and willfully conspired and agreed together and with each other, and with others, to engage in the

business of dealing in firearms without a license, in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A).

## Manner and Means

The manner and means by which the defendants and their co-conspirators sought to accomplish the objectives of the conspiracy were in substance as follows:

a. At all times relevant to this Superseding Indictment, Defendants **[1] JEAN PAUL RIVERA-VEGA, [2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, [3] MISAEL COSTALES-SOTO**, and **[4] SHEILA MARIS VELAZQUEZ-ORTIZ** lacked a Federal Firearm License to engage in the business of importing, manufacturing, or dealing in firearms.

b. Defendants **[1] JEAN PAUL RIVERA-VEGA, [3] MISAEL COSTALES-SOTO**, and **[4] SHEILA MARIS VELAZQUEZ-ORTIZ** acquired firearms and ammunitions from Federal Firearms Licensees (FFLs), licensed under the provision of Chapter 44 of Title 18 by falsely claiming they were the actual buyers of the firearms when in fact the firearms were intended for transfer to other individuals.

c. Defendant **[1] JEAN PAUL RIVERA-VEGA** sold firearms to others known and unknown including to defendant **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** and others known and unknown for profit. **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** was not authorized to buy or possess firearms and ammunitions from FFLs because he did not have a valid

license issued by the Commonwealth of Puerto Rico. Instead, **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** purchased firearms and ammunitions from **[1] JEAN PAUL RIVERA-VEGA** to resell to unknown individuals for profit.

d. Defendants **[1] JEAN PAUL RIVERA-VEGA, [2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and [3] MISAEL COSTALES-SOTO** negotiated the sales and transfers of firearms amongst one another and with others via electronic communications, including WhatsApp messages, videos, and audio recordings.

**Overt Acts**

a. On or about September 18, 2025, **[3] MISAEL COSTALES-SOTO** transferred a .223 caliber rifle, Model RF-15 bearing serial number RD02067 to **[1] JEAN PAUL RIVERA-VEGA**. On or about October 2025, the Puerto Rico Police Department ("PRPD") recovered the rifle from an individual other than the defendants.

b. Between April and December 2025, **[1] JEAN PAUL RIVERA-VEGA** purchased 144 firearms from FFLs and through private sales. Of the 144 firearms, approximately 16 have been recovered. The whereabouts of the remaining 128 firearms are unknown to law enforcement.

c. Between December 2025 and July 2026, **[3] MISAEL COSTALES-SOTO** purchased approximately 24 firearms from FFLs and through private sales. Of

the 24 firearms, approximately 4 have been recovered. The whereabouts of the remaining 20 firearms are unknown to law enforcement.

d. Between September 18, 2025 and December 4, 2025, PRPD Agents have seized at least five (5) firearms in separate criminal investigations from individuals other than the defendants. Each of the five (5) firearms were purchased in FFLs by **[1] JEAN PAUL RIVERA-VEGA** and are currently still registered to him in the Puerto Rico Electronic Firearms and Licenses Registry (REAL).

e. On or about August 8, 2026, PRPD Agents seized one (1) firearm in a separate criminal investigation from an individual other than the defendants that was purchased in an FFL by **[3] MISAEL COSTALES-SOTO** on April 16, 2026. The firearm is currently still registered to **[3] MISAEL COSTALES-SOTO** in REAL.

f. On or about September 30, 2025, via WhatsApp, **[3] MISAEL COSTALES-SOTO** requested a machinegun conversion device from **[1] JEAN PAUL RIVERA-VEGA** who provided prices for machinegun conversion devices.

g. On or about October 21, 2025, via WhatsApp, **[1] JEAN PAUL RIVERA-VEGA** offered **[3] MISAEL COSTALES-SOTO** a Glock pistol to be sold to an unknown third-party.

h. On or about October 25, 2025, **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** inquired whether **[1] JEAN PAUL RIVERA-VEGA** had automatic firearms for sale. In response, **[1] JEAN PAUL RIVERA-VEGA** offered

**[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** various firearms and magazines for sale at different prices.

i. Also, on or about October 25, 2025, via WhatsApp, **[1] JEAN PAUL RIVERA-VEGA** offered **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** a firearm for sale for $900.

j. On or about October 31, 2025, **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** sent a video message to **[1] JEAN PAUL RIVERA-VEGA** via WhatsApp of what appears to be **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** shooting a machinegun. In response, **[1] JEAN PAUL RIVERA-VEGA** sent **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** an audio message about changing "*chipetes*" which is slang for machinegun conversion devices.

k. On or about December 11, 2025, the Commonwealth of Puerto Rico revoked **[1] JEAN PAUL RIVERA-VEGA**'s firearm's license.

l. Beginning on or about December 20, 2025, **[3] MISAEL COSTALES-SOTO**, including by making misrepresentations on the Form 4473s, acquired approximately 24 firearms and rounds of ammunition from FFLs and through private sales on behalf of **[1] JEAN PAUL RIVERA-VEGA**.

m. Beginning on or about January 26, 2026, through September 2, 2026, **[4] SHEILA MARIS VELAZQUEZ-ORTIZ**, including by making misrepresentations on the Form 4473s, acquired approximately 25 firearms as

well as rounds of ammunition from FFLs and through private sales on behalf of **[1] JEAN PAUL RIVERA-VEGA**.

n. On or about January 26, 2026, **[3] MISAEL COSTALES-SOTO**, by making misrepresentations on the Form 4473, purchased three rifles for approximately $2,600 from an FFL on behalf of **[1] JEAN PAUL RIVERA-VEGA**.

o. On or about January 15, 2026, PRPD Agents found **[2] CHRISTIAN GARCIA DE-JESUS** in possession of a firearm registered to **[1] JEAN PAUL RIVERA-VEGA**.

p. On or about May 29, 2026, PRPD Agents found an alien illegally present in the United States in possession of a Glock firearm which was registered to **[3] MISAEL COSTALES-SOTO** and which had been modified to function as a machinegun.

q. Between on or about October 2025 and on or about May 2026, **[1] JEAN PAUL RIVERA-VEGA** modified semi-automatic firearms to function as machineguns and resold them to third parties for profit.

r. Between on or about September 16, 2026 and on or about October 16, 2026 , PRPD Agents recovered three (3) firearms in separate criminal interventions from individuals other than the defendants that were purchased at FFLs by **[4] SHEILA MARIS VELAZQUEZ-ORTIZ** on July 11, July 27, and August 15, 2026. One of the three firearms, a Glock pistol, had been recovered with an installed machine gun conversion device, modifying the Glock to function as a

machine gun. The three firearms are currently still registered to **[4] SHEILA MARIS VELAZQUEZ-ORTIZ** in REAL.

**<u>COUNT TWO</u>**
Engaging in the Business of Dealing Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

Beginning on a date unknown but not later than on or about September 18, 2025 and continuing up to on or about September 9, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] JEAN PAUL RIVERA-VEGA,**
**[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and**
**[3] MISAEL COSTALES-SOTO,**

the defendants herein, not being licensed dealers, importers, or manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**<u>COUNT THREE</u>**
False Statement During Purchase of a Firearm
(18 U.S.C. § 922(a)(6))

On or about January 26, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**[3] MISAEL COSTALES-SOTO,**

in connection with the acquisition of firearms, to wit: three AK 47 type pistols bearing serial numbers PAC25PL36947, PAC25PL36992, and PAC25PL37127, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was the actual buyer of the firearms on Form 4473 when in fact he purchased them on behalf of defendant **[1] JEAN PAUL RIVERA-VEGA**; in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**<u>COUNT FOUR</u>**
Firearms Trafficking
(18 U.S.C. § 933(a)(1))

Beginning on a date unknown but not later than on or about September 18, 2025 and continuing through on or about September 9, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**[1] JEAN PAUL RIVERA-VEGA,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms to another person, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the recipient(s) would constitute a felony, in violation of 18 U.S.C. § 933(a)(1).

**<u>COUNTS FIVE – TWENTY-SIX</u>**
False Statement During Purchase of a Firearm
(18 U.S.C. § 922(a)(6))

On or about the dates specified below, within the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**[4] SHEILA MARIS VELAZQUEZ-ORTIZ**

in connection with the acquisition of the firearms specified below, at the licensed dealer of firearms specified below and within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented she was the actual buyer of the firearms on Form 4473 when in fact she purchased them on behalf of defendant **[1] JEAN PAUL RIVERA-VEGA**:

| **Count** | **Date** | **Act** |
|---|---|---|
| **5** | 1/26/2026 | Purchased a **Pioneer pistol, model Hellpup, 7.62x39caliber, bearing serial number PAC25PL36962** at Metro Gun Shop, LLC after certifying she was the actual buyer. |
| **6** | 1/29/2026 | Purchased a **Glock pistol, model 23 Gen 3, .40 caliber, bearing serial number CGVU203** at Gun Boutique PR after certifying she was the actual buyer. |
| **7** | 2/5/2026 | Purchased a **Glock pistol, model 17, 9mm caliber, bearing serial number CFGU629** at Cowboys Gun Shop after certifying she was the actual buyer. |
| **8** | 2/21/2026 | Purchased a **Pioneer pistol, model Hellpup, 7.62x39 caliber, bearing serial number PAC26PL38878** at Gun Boutique PR after certifying she was the actual buyer. |
| **9** | 3/21/2026 | Purchased a **Century Arms pistol, model VSKA Draco, 7.62x39 caliber, bearing serial number SV7P015214** at Salazar Armory and Shooting LLC after certifying she was the actual buyer. |
| **10** | 4/8/2026 | Purchased a **Glock pistol, model 23 Gen 4, .40 caliber, bearing serial number BCSP113** at AAA Armory after certifying she was the actual buyer. |

| | | |
|---|---|---|
| **11** | 4/11/2026 | Purchased a **Keltec pistol, model PLR-16, .223 caliber, bearing serial number P7H70** at Armeria Vistazo after certifying she was the actual buyer. |
| **12** | 4/25/2026 | Purchased a **Glock pistol, model 23 (RTF2), .40 caliber, bearing serial number PGB124** at AAA Armory after certifying she was the actual buyer. |
| **13** | 5/6/2026 | Purchased a **Glock pistol, model G30S, 45Acp caliber, bearing serial number BGHP916** and a **Glock pistol, model G26, 9mm caliber, bearing serial number BTYZ969** at AAA Armory after certifying she was the actual buyer. |
| **14** | 6/2/2026 | Purchased a **Glock pistol, model 23 Gen4, .40 caliber, bearing serial number TFL195** and a **Taurus pistol, model GX2, 9mm caliber, bearing serial number 1gd40502** at Armeria Vistazo after certifying she was the actual buyer. |
| **15** | 6/30/2026 | Purchased a **Glock pistol, model 22 Gen5 3, .40 caliber, bearing serial number CAKH256** at JC Armory after certifying she was the actual buyer. |
| **16** | 7/8/2026 | Purchased a **Century Arms pistol, model Mini Draco, 7.62x39 caliber, bearing serial number 23PH-2388** at AAA Armory after certifying she was the actual buyer. |
| **17** | 7/11/2026 | Purchased a **Glock pistol, model G17 Gen 3, 9mm caliber, bearing serial number BHWK428** at Armeria 129 LLC after certifying she was the actual buyer. |
| **18** | 7/16/2026 | Purchased a **Glock pistol, model 23 Gen 5, .40 SW caliber, bearing serial number BYAB479** at AAA Armory after certifying she was the actual buyer. |
| **19** | 7/20/2026 | Purchased a **Pioneer pistol, model Micro Hellpup, 7.62x39 caliber, bearing serial number PAC26PL44638** at Cowboys Gun Shop after certifying she was the actual buyer. |
| **20** | 7/23/2026 | Purchased a **Glock pistol, model G17 Gen 3, 9mm caliber, bearing serial number LHV105** at AAA Armory after certifying she was the actual buyer. |

| | | |
|---|---|---|
| **21** | 7/27/2026 | Purchased a **Aeroprecision pistol, model Freedom, 223-5.56 caliber, bearing serial number 28192-JULY4** and a **Glock pistol, model G19X, 9mm caliber, bearing serial number BWZS353** at AAA Armory after certifying she was the actual buyer. |
| **22** | 7/29/2026 | Purchased a **Glock pistol, model G43X, 9mm caliber, bearing serial number CADD517** at Gun Boutique PR after certifying she was the actual buyer. |
| **23** | 8/15/2026 | Purchased a **Glock pistol, model 23 Gen5 Mos, .40Sw caliber, bearing serial number BZCU380** at Armeria Vistazo after certifying she was the actual buyer. |
| **24** | 8/17/2026 | Purchased a **Glock pistol, model 23C, .40 caliber, bearing serial number NXC615** at Cowboys Gun Shop after certifying she was the actual buyer. |
| **25** | 8/25/2026 | Purchased a **Glock pistol, model 19 Gen4, 9mm caliber, bearing serial number ABZW786** at Bam Bam Armeria & Sport Shop after certifying she was the actual buyer. |
| **26** | 9/2/2026 | Purchased a **Zastava pistol, model ZPAP92, 7.62x39 caliber, bearing serial number Z92-120589** at Gun Boutique PR after certifying she was the actual buyer. |

all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses set forth in Counts One through Twenty-Six of this Superseding Indictment, the defendants, **[1] JEAN PAUL RIVERA-VEGA, [2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, [3] MISAEL COSTALES-SOTO**, and **[4] SHEILA MARIS VELAZQUEZ-ORTIZ** shall forfeit to the United

States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense including but not limited to:

- One (1) Glock pistol model 30, Serial number: UFX626;
- One (1) Glock pistol, model 19GEN 4, serial number: ZGN919;
- One (1) Zastava pistol, model ZPAP85, serial number: Z85-012416;
- One (1) Glock pistol, model 27GEN4, serial number: RWP105;
- One (1) Glock pistol, model 19GEN5, serial number: CAAV288;
- One (1) Glock pistol, model 17, serial number BSHG660;
- One (1) Romarm Cugir pistol, model mini-Draco, serial number 24PH-7235;
- One (1) Aero Precision rifle, model M4E1, serial number M4-0457981;
- One (1) Glock pistol, model 17, serial number CGTK514;
- One (1) Glock pistol, model 22, serial number BTSD487;
- One (1) Glock pistol, model 22, serial number SMK336;
- One (1) Romarm Cugir rifle, model micro-Draco, serial number 24PMD-59658;
- One (1) Ambush Tactical, Inc. rifle, model Omni Hybrid Maxx, serial number NS356183;
- One (1) Pioneer Arms, Corp. pistol, model Hellpup, serial number PAC25PL34004;
- One (1) Radical Firearms LLC rifle, model RF15, serial number RD02067;
- One (1) Glock pistol, model 19 Gen5, serial number CDDA374;
- One (1) Glock pistol, model 33, serial number BTU951;
- Three (3) AK 47 type pistols bearing serial numbers PAC25PL36947, PAC25PL36992, and PAC25PL37127;
- 43 rounds of .45 caliber ammunition;
- 18 rounds of 9mm caliber ammunition;
- One (1) Pioneer pistol, model Hellpup, 7.62x39caliber, bearing serial number PAC25PL36962;
- One (1) Glock pistol, model 23 Gen 3, .40 caliber, bearing serial number CGVU203;
- One (1) Glock pistol, model 17, 9mm caliber, bearing serial number CFGU629;
- One (1) Pioneer pistol, model Hellpup, 7.62x39 caliber, bearing serial number PAC26PL38878;

- One (1) Century Arms pistol, model VSKA Draco, 7.62x39 caliber, bearing serial number SV7P015214;
- One (1) Glock pistol, model 23 Gen 4, .40 caliber, bearing serial number BCSP113;
- One (1) Keltec pistol, model PLR-16, .223 caliber, bearing serial number P7H70;
- One (1) Glock pistol, model 23 (RTF2), .40 caliber, bearing serial number PGB124;
- One (1) Glock pistol, model G30S, 45Acp caliber, bearing serial number BGHP916;
- One (1) Glock pistol, model G26, 9mm caliber, bearing serial number BTYZ969;
- One (1) Glock pistol, model 23 Gen4, .40 caliber, bearing serial number TFL195;
- One (1) Taurus pistol, model GX2, 9mm caliber, bearing serial number 1gd40502;
- One (1) Glock pistol, model 22 Gen5 3, .40 caliber, bearing serial number CAKH256;
- One (1) Century Arms pistol, model Mini Draco, 7.62x39 caliber, bearing serial number 23PH-2388;
- One (1) Glock pistol, model G17 Gen 3, 9mm caliber, bearing serial number BHWK428;
- One (1) Glock pistol, model 23 Gen 5, .40 SW caliber, bearing serial number BYAB479;
- One (1) Pioneer pistol, model Micro Hellpup, 7.62x39 caliber, bearing serial number PAC26PL44638;
- One (1) Glock pistol, model G17 Gen 3, 9mm caliber, bearing serial number LHV105;
- One (1) Aeroprecision pistol, model Freedom, 223-5.56 caliber, bearing serial number 28192-JULY4;
- One (1) Glock pistol, model G19X, 9mm caliber, bearing serial number BWZS353;
- One (1) Glock pistol, model G43X, 9mm caliber, bearing serial number CADD517;
- One (1) Glock pistol, model 23 Gen5 Mos, .40Sw caliber, bearing serial number BZCU380;
- One (1) Glock pistol, model 23C, .40 caliber, bearing serial number NXC615;
- One (1) Glock pistol, model 19 Gen4, 9mm caliber, bearing serial number ABZW786; and

- One (1) Zastava pistol, model ZPAP92, 7.62x39 caliber, bearing serial number Z92-120589.

TRUE BILL

Dated: October 21, 2026

Héctor E. Ramírez-Carbó
Acting United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Chief, Violent Crimes Section

Evangeline A. Dech
Assistant United States Attorney